IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAMOR SAESEE,              )<br>           Plaintiff,              )<br>    vs.                            )<br>MICHAEL J. ASTRUE, Commissioner  )<br>of Social Security,              )<br>           Defendant.           )<br>_____) | 1:08-cv-00117 GSA<br><br>ORDER TO SHOW CAUSE |

    On January 23, 2008, Plaintiff filed the present action in this Court.  Plaintiff seeks review of the Commissioner's denial of an application for benefits.  On January 23, 2008, the Court issued a Scheduling Order.  The Scheduling Order states that within 120 days after service, Defendant shall file and serve a copy of the administrative record which shall be deemed an answer to the complaint.  The Order also provides that within 30 days after service of the administrative record, Plaintiff shall serve on Defendant a letter brief outlining why remand is warranted which Defendant shall respond to within 35 days.  Thereafter, if Defendant does not stipulate to remand, within 30 days of Defendant's response, Plaintiff must file and serve an opening brief.

    On February 25, 2009, Defendant lodged the administrative record.  Pursuant to the Scheduling Order, Plaintiff was required to file her opening brief in this Court on or before June 1, 2009.  Plaintiff has failed to file an opening brief and the parties have not stipulated to an extension of time for such filing.

1

1       Therefore, Plaintiff is ordered to show cause, why the action should not be dismissed for
2 failure to comply with the January 23, 2008, Scheduling Order.  Plaintiff is ORDERED to file a
3 written response to this Order to Show Cause WITHIN twenty (20) days of the date of this Order.  If
4 Plaintiff desires more time to file a brief, it should so state in the response.
5       Failure to respond to this Order to Show Cause within the time specified will result in
6 dismissal of this action.

10    IT IS SO ORDERED.
11      **Dated:**   **July 1, 2009**         /s/ **Gary S. Austin**
                                                           UNITED STATES MAGISTRATE JUDGE