IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAMOR SAESEE,                                        ) | 1:08-cv-0117 GSA |
|                  Plaintiff,                          ) | |
|                                                      ) | ORDER DISCHARGING |
|       vs.                                            ) | ORDER TO SHOW CAUSE |
|                                                      ) | |
| MICHAEL J. ASTRUE, Commissioner                      ) | |
| of Social Security,                                  ) | |
|                                                      ) | |
|                  Defendant.                          ) | |

On January 23, 2008, Plaintiff filed the present action in this Court. Plaintiff seeks review of the Commissioner's denial of an application for benefits. On July 1, 2009, the Court issued an order to show cause why the action should not be dismissed for Plaintiff's failure to file an opening brief in accordance with the Scheduling Order in this matter.

On July 2, 2009, Plaintiff filed a response to the order to show cause. Plaintiff's counsel explained that she had not received copies of defendant's response to her filing of the confidential brief although the response was mailed out in April. The parties jointly request that the filing of the opening brief be extended until July 31, 2009. The court will grant to the request.

Accordingly, the order to show cause is hereby DISCHARGED. The parties' request for an

1

1 | extension of time is GRANTED.  Plaintiff shall file and serve the opening brief on or before July 31,
2 | 2009.  All remaining actions under the Scheduling Order issued on January 23, 2008, shall proceed
3 | under the time limit guidelines set therein.
4 |   IT IS SO ORDERED.
5 |   Dated:   **July 6, 2009**                    **/s/ Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE