1    Sengthiene Bosavanh #249801
     Law Offices of Jeffrey Milam
2    P.O. Box 26360
     Fresno, California 93729
3    (559) 264-2800

4    Attorney for Plaintiff

5

6

7

8                  IN THE UNITED STATES DISTRICT COURT FOR

9                   THE EASTERN DISTRICT OF CALIFORNIA

10                              AT FRESNO

11   NAMOR SAESEE                )
                                 )        Civil Action No. 1:08-CV-117
12                               )
            Plaintiff,           )        STIPULATION AND ORDER
13                               )
     vs.                         )
14                               )
     MICHAEL J. ASTRUE,          )
15   Commissioner of Social      )
     Security,                   )
16                               )
            Defendant.           )
17   _____)

18

19          IT IS HEREBY STIPULATED by and between the parties as follows: that

20   appellant be granted 15 day extension of time, until September 26, 2009, in which to file

21   and serve the Reply brief.  All remaining actions under the scheduling order filed, January

22   23, 2008, shall proceed under the time limit guidelines set therein.

23   / /

24   / /

25   / /

26   / /

27   / /

28

1

Dated:  September 11, 2009                    /s/ Sengthiene Bosavanh

2

SENGTHIENE BOSAVANH,
3                                                              Attorney for Plaintiff.

4   Dated: September 11, 2009

MCGREGOR SCOTT
5                                                              United States Attorney

6                                                              By: /s/ Elizabeth Firer

7                                                              (as authorized via facsimile)
ELIZABETH FIRER
8                                                              Assistant U.S. Attorney

9
        IT IS SO ORDERED.

10
**Dated:**    **September 14, 2009**                    **/s/ Gary S. Austin**
11                                                           UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28